UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :
UNITED STATES OF AMERICA        :   INFORMATION
                                :
            - v. -              :   07 Cr.
                                :
MICHAEL MILAZZO,                :
                                :
            Defendant.          :
                                :
- - - - - - - - - - - - - - - - x



07 CRIM. 506 (SCR)

## COUNT ONE

The United States Attorney charges:

1.  From in or about July 2002 through in or about August 2005, in the Southern District of New York and elsewhere, MICHAEL MILAZZO, the defendant, unlawfully, willfully and knowingly, did falsify, conceal, and cover up material facts, and make false, fictitious, and fraudulent statements and representations in connection with the application for and receipt of compensation and other benefits and payments under subchapter I of chapter 81 of Title 5, United States Code, to wit, MILAZZO made false statements on forms he submitted in connection with his receipt of workers compensation benefits.

(Title 18, United States Code, Section 1920.)

MICHAEL J. GARCIA
United States Attorney