UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against

MICHAEL MILAZZO

07 Cr 0506(SCR)

ORDER ACCEPTING PLEA ALLOCUTION

ROBINSON, J.

The Court has reviewed the transcript of the plea allocution in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Mark D. Fox, United States Magistrate Judge, dated, June 07, 2007 is approved and accepted.

The Clerk of the Court is directed to enter the plea.

Dated: June 19, 2007

SO ORDERED:

STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: