# Federal Defenders
## OF NEW YORK, INC.

Southern District
300 Quarropas Street, Room 260
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 997-6872

Leonard F. Joy
*Executive Director and
Attorney-in-Chief*

Paul E. Davison
*Attorney-in-Charge
White Plains*

July 11, 2007

Honorable Mark D. Fox
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   **United States v. Michael Milazzo**
      07 Cr. 506 (SCR)

Dear Judge Fox:

With consent of the Government, I respectfully request that the Court authorize Mr. Milazzo to travel to Scranton, Pennsylvania, over this coming weekend, July 13 through 15, 2007. (Mr. Milazzo is at liberty on his own recognizance but is subject to the customary travel restrictions.) Mr. Milazzo wishes to accompany a friend who has family in the Scranton area.

I have discussed this request with Assistant United States Attorney Nola B. Heller, and the Government has no objection.

Thank you for your consideration.

Respectfully,

Paul E. Davison
(914) 428-7126

cc:   Nola B. Heller, Esq.
      Assistant United States Attorney