# Federal Defenders
## OF NEW YORK, INC.

Southern District
300 Quarropas Street, Room 260
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 997-6872

Leonard F. Joy
*Executive Director and
Attorney-in-Chief*

Paul E. Davison
*Attorney-in-Charge
White Plains*

October 4, 2007

**MEMO ENDORSED**

Honorable Stephen C. Robinson
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:  **United States v. Michael Milazzo**
     07 Cr. 506 (SCR)

Dear Judge Robinson:

Yesterday afternoon this Court imposed a sentence including, inter alia, restitution in the amount of $94, 038.00.

I neglected to ask the Court to consider waiving the accrual of interest on the restitution balance.

On Mr. Milazzo's behalf, I respectfully request that the Court not require Mr. Millazzo to pay interest on his restitution debt.

Thank you for your consideration.

Respectfully,

Paul E. Davison
(914) 428-7126

cc: Nola Heller, Esq.
    Assistant United States Attorney

*[Handwritten endorsement:]* Mr. Milazzo's interest on his restitution amount of $94,038.00 is hereby waived. This Court finds that the accrual of interest on the restitution balance is unduly burdensome and does not serve the ends of justice.

SO ORDERED
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE
10/9/07